# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacey M. Biagi, | No. CV-18-00083-TUC-RCC (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Federal Credit Union and Experian Information Solutions Incorporated, | |
| Defendants. | |

Plaintiff filed notices that a settlement had been reached with each Defendant (Docs. 15, 16) and, subsequently, she filed a notice of dismissal with prejudice (Doc. 18).

Accordingly,

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs. The Clerk of Court shall close this case.

Dated this 14th day of June, 2018.

_____
Honorable Raner C. Collins
Chief United States District Judge